DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JCRD PROPERTIES, LLC,**
Appellant,

v.

**FORD MOTOR CREDIT COMPANY, LLC,**
Appellee.

No. 4D21-243

[May 6, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank Castor, Judge; L.T. Case Nos. 50-2020-AP-000029-CAXX-MB and 50-2015-CC-000945-XXXX-NB.

Timothy P. O'Neill of Cohen, Norris, Wolmer, Ray, Telepman & Cohen, North Palm Beach, for appellant.

Michael J. Ingino of Moody, Jones & Ingino, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***